IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Anthony Hill ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| Cook County, Thomas J. Dart, Willie Lewis, ) | |
| Robert Bonakowski, Matthew Cobble, Nicholas ) | |
| Bohlsen, Michael Contreras, Brian Toro, James ) | |
| Holmes, Peter Chico, Leon Marmal, Daniel ) | |
| Moreci, Crystal Spivey, Clarence Lacy, ) | |
| John Does 1-20. ) | |
| ) | |
| Defendants. ) | |

**INDEX OF EXHIBITS TO COMPLAINT**

| **EXHIBIT NO.** | **DESCRIPTION** |
|---|---|
| A | Grievance Filed on 11-8-09 |
| B | Grievances Filed on 11-20-09 & 12-2-09 |
| C | Grievance Filed on 1-1-10 |

1