Case: 1:12-cv-01640 Document #: 1-2 Filed: 03/06/12 Page 1 of 7 PageID #:17

# Exhibit A

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **HILL**  First Name: **Anthony**

ID #: **2009-0057009**  Div.: **9**  Living Unit: **2F**  Date: **11/18/09**

BRIEF SUMMARY OF THE COMPLAINT: I was unlawfully draged and pull out of the cell (2009) 2418.09 and was beaten up by three ERT at 12:30pm they stomped, punch and broke my graft in my left knee where the pins is stick out and I got to cermak and only got two x-rays and was again beaten up by five ERT officers Chica, Contras, Neiro, Boctonin, Holmes, I detaed me so tight I couldn't feel anything they slam me to the floor kneed me in the back, nogro cuff and I didn't get no medical at all put me in the hole for no reason and I keep complaining of the pain and I can't stand or walk without siting down and have bad chest and back ribs and nose cracked and K-90 on my Head

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Mark Stevenson he was my cellmate

ACTION THAT YOU ARE REQUESTING: To be able to get surgrey and to be compensated for my injuries

DETAINEE SIGNATURE: Anthony Hill

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit B

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **HILL**   First Name: **ANTHONY**

ID #: **2009-0057009**   Div.: **9**   Living Unit: **2H**   Date: **12/2/09**

BRIEF SUMMARY OF THE COMPLAINT: I have ask every C/O that work this unit I can't hardly walk and have chest, back, and nose pain and need to get help and they don't care about me or the injuries that came upon me. Once I was beaten by ERT Nov 5, 09 and I was so call to 12/1/09 to sick call and I complain to Supervisor Marice and had no concern about none of my health issues I am can't stand for no long period and can't sleep because of the pain I am in daily this is cruel and unjust punishment

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Elias Martinez #20090051593  C/O Spivey  C/O hall  Sgt Ross  Nurse Staff Cermak

ACTION THAT YOU ARE REQUESTING: To be taken to an outside hospital for a MRI and knee and nose repair

DETAINEE SIGNATURE: *Anthony Hill*

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Div ~~????~~
10 VA

Part-A / Control #: 2009 X 2474
Referred To: Supt Div 9
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: HiLL        First Name: Anthony
ID #: 2009-0057009   Div.: 9   Living Unit: 2E   Date: 11/20/09

BRIEF SUMMARY OF THE COMPLAINT: I have Told Sgt Marror, Supt he just walked Away Marice Sgt Nalph SgtRoss That I need serious medical Attention Because I was Badly Beaten By E.R.T Nov 5 09 in Div 9 2H cell 206 AT around 12:15pm where I was drag out and punch knee and Slam To The Concert Floor For no Reason and They Twist my LefT Knee and my pins in my knee poked out cracked my nose my LefT wrist with has pin and I can't Be afit and have Head Trama with knots on Top and Behind LefT ear have Head Acchs daily and Cant stand on my Leg for not long period of Time Also my Collar Bone LefT side and have very Bad pain in my Kidney Area and Ribs in so much Pain and They keep Blowing me off with no Care That I am a Human Being Div my cell mate Eddie Adkins 20060073076 All nurses ???

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: Surgery To Repair my knee and All medical That is needed

DETAINEE SIGNATURE: Anthony Hill

C.R.W.'S SIGNATURE: V Butler            DATE C.R.W. RECEIVED: 12/01/09

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit C

Part-A / Control #: 2010 X 0183
Referred To: Supt ERT
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Hill First Name: Anthony
ID #: 2009-0057009 Div.: 10 Living Unit: 4A Date: 1/1/10

BRIEF SUMMARY OF THE COMPLAINT: I was Beaten very Bad By ERT R/O Lewis #9007 and R/O Along They punch and Kicked Draged me out of the cell 2060 Div 9 2↑ Nov 5, 2009 At 12:21 pm and Broken my left leg with Pins in their, Broken my nose and still have pain in my Kidneys and some Blood in my urine and Pain in my head Have Knots and lumps have Headaches every Day promble seeing ___ ___ face was slam w/ ___ my nose and ___ ___ side and Have not Been given proper medical and need to get a cane to Help me walk ___ ___ ___ ___ ___ ___ Cermack Hosp. Just Threw me out of there without seeing Radiologcogyee and was Beat Again By R/O Bolten, R/O Chico, Toroas, Conterea, and Holmes

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Div 9 2/1 They all seen how they Beat me

ACTION THAT YOU ARE REQUESTING:
To get An MRI and to press Charges Against those ERT Officers

DETAINEE SIGNATURE: Anthony Hill

C.R.W.'S SIGNATURE: ___ DATE C.R.W. RECEIVED: 1/19/10

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)